IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JUAN BERRONES, Individually and On Behalf of All Others Similarly Situated,<br>       Plaintiff,<br><br>v.<br><br>CHAMPION FOOD SERVICE, INC., *et al.*,<br>       Defendants. | § § § § § § § § § § § | <br><br><br><br><br><br>CIVIL ACTION NO. H-13-1995 |

## CONDITIONAL DISMISSAL ORDER

The Court has been advised that the parties have settled their dispute. *See* ADR Memorandum [Doc. # 49]. Accordingly, it is hereby

**ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **September 11, 2014,** that the settlement could not be completely documented.

SIGNED at Houston, Texas, this  11th  day of **August, 2014.**

_____
Nancy F. Atlas
United States District Judge